IN THE SUPREME COURT OF THE STATE OF NEVADA

WARREN HAVENS,
               Appellant,
vs.
ARNOLD LEONG; AND CHERYL
CHOY,
               Respondents.

No. 84219

**FILED**

FEB 18 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from an order shortening time, two minute orders, an order granting leave to proceed in forma pauperis, and all notices and actions by the clerk. Eighth Judicial District Court, Clark County; Elham Roohani, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. This court "may only consider appeals authorized by statute or court rule". *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court rule authorizes an appeal from the challenged orders, notices, and actions. *See* NRAP 3A(b) (listing appealable orders); *State, Div. of Child and Family Serv's v. Eighth Judicial Dist. Court*, 120 Nev. 445, 454, 92 P.3d 1239, 1245 (2004) ("[D]ispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective"). And it does not

22-05497

appear from the district court docket entries that the district court has entered an appealable order. Accordingly, this court lacks jurisdiction and ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                Herndon


cc:    Hon. Elham Roohani, District Judge
       Warren Havens
       Ben A. Lehavi
       Eighth District Court Clerk

_____

[1]If aggrieved, appellant may file a new notice of appeal once the district court enters an appealable order.